PREET BHARARA
United States Attorney for the
Southern District of New York
By: ANDREW D. GOLDSTEIN
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-1559



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                     :
IN RE NONJUDICIAL CIVIL FORFEITURE   :    STIPULATION AND ORDER
PROCEEDING REGARDING $10,073.00 IN   :
UNITED STATES CURRENCY SEIZED ON     :
OR ABOUT FEBRUARY 10, 2012 FROM      :
OSVALDO DE LA HOZ.                   :
                                     :
- - - - - - - - - - - - - - - - - - X

        WHEREAS, on or about February 10, 2012, agents from Drug Enforcement Administration (the "DEA") seized $10,073.00 in United States currency (the "Subject Currency") from Osvaldo De La Hoz;

        WHEREAS, the DEA subsequently commenced administrative proceedings to forfeit the Subject Currency;

        WHEREAS, on or about June 25, 2012, the DEA received a claim from Osvaldo De La Hoz (the "Claimant") asserting a claim for the Subject Currency, and whereas the DEA subsequently referred the matter to the United States Attorney's Office for judicial forfeiture;

        WHEREAS, 18 U.S.C. § 983(a)(3)(A) provides that, "[n]ot later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except

that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties";

WHEREAS, pursuant to 18 U.S.C. § 983(a)(3), the United States is required to file a complaint to forfeit the Subject Currency no later than September 22, 2012;

WHEREAS, the Government and Lawrence M. Fisher, Esq., counsel for the Claimant, are discussing a possible disposition of this case and desire an extension, until October 22, 2012, of the deadline for the Government to file a complaint against the Subject Currency in order to continue those discussions;

[THIS SPACE INTENTIONALLY LEFT BLANK]

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of the parties and pursuant to 18 U.S.C. § 983(a)(3)(A), that the time in which the Government is required to file a complaint for forfeiture of the Subject Currency is extended from September 22, 2012, up to and including October 22, 2012.

Dated:  New York, New York
        September 21, 2012

PREET BHARARA
United States Attorney for
the Southern District of New York
Attorney for Plaintiff

By: _____          9/21/12
    Andrew D. Goldstein                        DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    Telephone: (212)637-1559
    Fax: (212)637-0421

Oswaldo De La Hoz
Claimant

By: _____          9/21/12
    Lawrence M. Fisher, Esq.                   DATE
    Attorney for Claimant
    350 Broadway, 10th Floor
    New York, New York 10013
    Telephone: (212)226-2700
    Fax: (212)226-3224

So Ordered:

_____ 9/24/2012
UNITED STATES DISTRICT JUDGE (PART I)
SOUTHERN DISTRICT OF NEW YORK

3